**SO ORDERED**

*Neal P. McCurn*

NEAL P. McCURN
U.S. DISTRICT JUDGE
Dated: 8/28/07
Syracuse, New York

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PETER G. CORN,

        Plaintiff,

v.

THE CITY OF SYRACUSE, THE CITY
OF SYRACUSE POLICE DEPARTMENT
and P.O. BRIAN NOVITSKY and
SGT. JOEL CORDONE, being Officers of
the Syracuse Police Department,

        Defendants.

**STIPULATION OF DISMISSAL**

5:05-CV-1617 (NPM/GHL)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent, the above-entitled action is dismissed with prejudice and without costs and attorneys fees to either party pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: July 22, 2007

_____
RICHARD J. LYONS, ESQ.
Attorney for the Plaintiff
Bar Roll No. 509752
4194 St. John Drive
Syracuse, New York 13215

Dated: July 17, 2007

_____
RORY A. McMAHON, ESQ.
CORPORATION COUNSEL OF
THE CITY OF SYRACUSE
Attorney for the Defendants
By: Joseph Francis Bergh, Esq.
Assistant Corporation Counsel
Of Counsel
Bar Roll No. 511343
300 City Hall
Syracuse, New York 13202